## Howard FOGG, Sr., Plaintiff–Appellant,

v.

## Ms. GOODWIN, Head Nurse; Ms. Sampson, LPN; Doctor O'Fogg, Defendants–Appellees.

No. 01–6326.

United States Court of Appeals, Fourth Circuit.

Submitted June 15, 2001.

Decided Aug. 14, 2001.

Howard Fogg, Sr., pro se.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Howard Fogg, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fogg v. Goodwin,* No. CA–01–59–2 (E.D.Va. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*